■

**Bruce R. HAMILTON, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 92–SC–247–KB.**

Supreme Court of Kentucky.

June 23, 1993.

**ORDER OF REINSTATEMENT**

On recommendation of the Board of Governors of the KBA, Bruce R. Hamilton, now deceased, is hereby reinstated to the practice of law, effective as of March 19, 1993, *nunc pro tunc.*

Any costs incurred by the KBA in the processing of the application shall be waived.

All concur.

ENTERED: June 23, 1993.

/s/ Robert F. Stephens
.Chief Justice

**ORDER GRANTING REINSTATEMENT TO THE PRACTICE OF LAW**

The movant was suspended from the practice of law for a period of one year, with the period of suspension commencing February 14, 1992. He has filed an application in this Court for reinstatement to the practice of law in this Commonwealth pursuant to SCR 3.510 and has complied with all the requirements of the rules pertaining to reinstatement. The Board of Governors of the Kentucky Bar Association has recommended to this court that movant's application for reinstatement be granted. We concur with the recommendation of the Board.

It is therefore ordered that the movant, William Lewis Patrick, be, and is hereby, reinstated to the practice of law in this Commonwealth on condition of the payment of costs incurred by the Character and Fitness Committee's investigation.

All concur.

ENTERED: July 1, 1993.

/s/ Robert F. Stephens
Chief Justice

■

**William Lewis PATRICK, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 93–SC–009–KB.**

Supreme Court of Kentucky.

July 1, 1993.

Julius Rather, Lexington, for movant.

Bruce K. Davis, Executive Director, Raymond Clooney, Bar Counsel, KY Bar Ass'n, Frankfort, for respondent.